IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-00259-D-KS

| | | |
|---|---|---|
| JOHN DOE | ) | |
| | ) | |
| Plaintiff. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NASH BOARD OF EDUCATION; | ) | **Order** |
| DANIEL COLVIN, in his | ) | |
| individual capacity; STEVEN | ) | |
| ELLIS, in his individual capacity; | ) | |
| MARQUIS JOHNSON, | ) | |
| individually and as an employee of | ) | |
| the Nash Board of Education, | ) | |
| | ) | |
| Defendants. | ) | |

## Order on Motion to Proceed Under Pseudonym

AND NOW, upon consideration of Plaintiff's Unopposed Motion to Allow Plaintiff to Proceed Under Pseudonym, it is hereby ORDERED that the Motion is GRANTED.

The plaintiff shall be referred to in court filings as John Doe. The defendants shall not publicly disclose the plaintiff's actual name. All documents identifying the plaintiff or containing the plaintiff's actual name shall be filed under seal.

SO ORDERED. This the 18 day of July, 2024.

JAMES C. DEVER III
United States District Judge