IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-00259-D-KS

| | |
|---|---|
| JOHN DOE ) | |
| ) | |
| Plaintiff. ) | |
| ) | |
| v. ) | |
| ) | ENTRY OF DEFAULT |
| NASH BOARD OF EDUCATION; ) | AGAINST MARQUIS |
| DANIEL COLVIN, in his ) | JOHNSON |
| individual capacity; STEVEN ) | |
| ELLIS, in his individual capacity; ) | |
| MARQUIS JOHNSON, ) | |
| individually and as an employee of ) | |
| the Nash Board of Education, ) | |
| ) | |
| Defendants. ) | |

## DEFAULT BY CLERK

Pursuant to Fed. R. Civ. P. 55(a) and granting Plaintiff's Motion for Entry of Default, a default is entered in this action against Defendant Marquis Johnson for failure to file or serve any document in this action as required by law.

DATED: September 13, 2024

_____
Clerk of Court